UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION at LONDON

CIVIL ACTION NO. 07-401-KKC

JOSEPH EDWARD MORRIS,     PETITIONER

v.     **OPINION & ORDER**

ARVIL CHAPMAN, WARDEN,     RESPONDENT

\* \* \*   \* \* \*   \* \* \*   \* \* \*

On November 19, 2007, Petitioner Joseph Edward Morris filed a pro se petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 [DE 1]. Consistent with local practice, this matter was referred to the United States Magistrate Judge for consideration.

The Magistrate Judge filed his Report and Recommendation on May 12, 2011 [DE 21]. Based on a review of the record and the applicable case law, the Magistrate Judge recommended that the petition for a writ of habeas corpus be dismissed as time barred and that a certificate of appealability be denied.

Petitioner not having made any objections to the Magistrate Judge's findings, the Court hereby adopts the Magistrate Judge's Report and Recommendation [DE 21].

Accordingly, the Court **HEREBY ORDERS** that:

(1)     The Magistrate Judge's Report and Recommendation [DE 21] is **ADOPTED** as and for the opinion of the Court;

(2)     Petitioner's petition for a writ of habeas corpus [DE 1] is **DENIED**;

(3)     A certificate of appealability **SHALL NOT BE ISSUED**; and

(4)     Judgment will be entered contemporaneously with this Opinion and Order.

Dated this 6th day of June, 2011.



**Signed By:**
*Karen K. Caldwell* KKC
**United States District Judge**